IN THE UNITED STATES DISTRICT COURT
FOR THE NORTER DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ADRIAN RICHARDSON, AUDREY FLOWERS, AND WANDA HUTTON, ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED, | § § § § § | |
| *Plaintiffs,* | § § | Civ. No. 3:13-cv-04104 |
| V. | § § | JURY DEMANDED |
| GOLD'S GYM INTERNATIONAL, INC. AND GOLD'S TEXAS HOLDINGS GROUP, INC., | § § § | |
| *Defendants.* | § | |

## AGREED JUDGMENT

Before the Court is Gold's Gym, International, Inc.'s and Gold's Texas Holdings Group, Inc.'s ("Defendants") and Plaintiffs' (collectively the "Parties") Joint Motion to Enter Judgment (the "Motion"). Defendants Gold's Gym International, Inc. and Gold's Texas Holdings Group, Inc. made offers of judgment to each of the Plaintiffs in this case, except Plaintiff Eric Brown. All Plaintiffs in this matter except Plaintiff Eric Brown have accepted the offers of judgment.

JUDGMENT IS HEREBY ENTERED against Defendants for damages and attorneys' fees as set forth in Exhibit A. The Court orders Defendants to make payments outlined in Exhibit A within 30 days of entry of this order. The Court further ORDERS Defendants to pay attorneys' fees directly to Plaintiffs' Counsel as stated in Exhibit A.

SIGNED THIS 3rd DAY OF JULY, 2014

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE

## **EXHIBIT A**

| Last | First | W2 | 1099 | Total | Attorneys' Fees and Costs | Attorney |
|---|---|---|---|---|---|---|
| Baker | Danielle | $ 201.61 | $ 201.61 | $ 403.22 | $ 268.82 | The Morales Firm, P.C. |
| Davis | Kalum | $ 287.01 | $ 287.01 | $ 574.03 | $ 382.68 | The Morales Firm, P.C. |
| Direnzo | Ashly | $ 267.65 | $ 267.65 | $ 535.29 | $ 356.86 | The Morales Firm, P.C. |
| Flowers | Audrey | $ 538.88 | $ 538.88 | $ 1,077.76 | $ 405.14 | The Morales Firm, P.C. |
| Gaddy | Christopher | $ 467.48 | $ 467.48 | $ 934.96 | $ 351.46 | The Morales Firm, P.C. |
| Goevert | Gordon | $ 321.71 | $ 321.71 | $ 643.43 | $ 428.95 | The Morales Firm, P.C. |
| Gunter | Lance | $ 1,383.57 | $ 1,383.57 | $ 2,767.14 | $ 1,040.19 | The Morales Firm, P.C. |
| Hernandez | Monica | $ 1,242.11 | $ 1,242.11 | $ 2,484.23 | $ 1,656.15 | Golden & Barrera, P.C. |
| Hutton | Wanda | $ 1,206.70 | $ 1,206.70 | $ 2,413.39 | $ 907.21 | Golden & Barrera, P.C. |
| Johnson | David | $ 155.05 | $ 155.05 | $ 310.10 | $ - | The Morales Firm, P.C. |
| Lightfoot | Chad | $ 395.75 | $ 395.75 | $ 791.50 | $ 527.67 | The Morales Firm, P.C. |
| Macall | Juan | $ 116.99 | $ 116.99 | $ 233.97 | $ 87.95 | The Morales Firm, P.C. |
| Mertens | Zachary | $ 525.59 | $ 525.59 | $ 1,051.17 | $ 395.14 | The Morales Firm, P.C. |
| Najera | Ismael | $ 289.86 | $ 289.86 | $ 579.72 | $ 217.91 | The Morales Firm, P.C. |
| Phillips | Sheryl | $ 1,009.16 | $ 1,009.16 | $ 2,018.31 | $ 758.70 | The Morales Firm, P.C. |
| Richardson | Adrian | $ 2,965.54 | $ 2,965.54 | $ 5,931.07 | $ 2,965.54 | The Morales Firm, P.C. |
| Roundtree | Shannon | $ 288.03 | $ 288.03 | $ 576.05 | $ 384.04 | The Morales Firm, P.C. |
| Sadler | Stacy | $ 313.00 | $ 313.00 | $ 625.99 | $ 235.31 | The Morales Firm, P.C. |
| Sandberg | Hedi | $ 647.27 | $ 647.27 | $ 1,294.53 | $ 486.62 | The Morales Firm, P.C. |
| Shipp | David | $ 2,916.87 | $ 2,916.87 | $ 5,833.74 | $ 2,192.93 | The Morales Firm, P.C. |
| Spears | Jason | $ 351.48 | $ 351.48 | $ 702.96 | $ 468.64 | The Morales Firm, P.C. |
| Stevenson | James | $ 141.52 | $ 141.52 | $ 283.04 | $ - | The Morales Firm, P.C. |
| Tai-Lyn | Robbert | $ 715.42 | $ 715.42 | $ 1,430.84 | $ 537.85 | The Morales Firm, P.C. |
| Vargas | Luis | $ 2,114.90 | $ 2,114.90 | $ 4,229.80 | $ 1,590.01 | The Morales Firm, P.C. |
| Vazquez | Steven | $ 460.37 | $ 460.37 | $ 920.73 | $ 346.11 | The Morales Firm, P.C. |
| Vedda | Christopher | $ 70.37 | $ 70.37 | $ 140.73 | $ 93.82 | Golden & Barrera, P.C. |
| Weavel | Jessee | $ 608.48 | $ 608.48 | $ 1,216.96 | $ 457.46 | The Morales Firm, P.C. |
| Williams | Christopher James | $ 295.14 | $ 295.14 | $ 590.29 | $ 393.52 | Golden & Barrera, P.C. |
| | | $ 20,297.48 | $ 20,297.48 | $ 40,594.95 | $ 17,936.68 | |

| | | |
|---|---|---|
| Total to The Morales Firm, P.C. | $ | 14,885.97 |
| Total to Golden & Barrera, P.C. | $ | 3,050.71 |
| | $ | 17,936.68 |